AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Kansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 03-20154-01-KHV |
| RONALD FISHER | ) | |
| *Defendant* | ) | |

FILED
DISTRICT COURT
DISTRICT OF KANSAS
2010 APR 14  AM 8:56
TIMOTHY M. O'BRIEN
CLERK
BY _____ DEPUTY
AT KANSAS CITY, KS

RECEIVED UNITED STATES MARSHAL DISTRICT OF KANSAS (KANSAS CITY OFFICE) MAR 09 2010

## ARREST WARRANT

**SEALED**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ronald Fisher

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ❏ Complaint
❏ Probation Violation Petition    ☑ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

Violations of Conditions of Supervsion.  See Petition and Order.

Date: _____

*Issuing officer's signature*

City and state:   Kansas City, Kansas

Timothy M. O'Brien, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 03/09/10, and the person was arrested on *(date)* 03/12/10
at *(city and state)* Osawatomie, KS.

Date: 03/12/10

*Jared McCloe*
*Arresting officer's signature*

Jared McCloe  DUSM
*Printed name and title*