AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations---Imprisonment

| DEFENDANT: | RONALD FISHER |
|---|---|
| CASE NUMBER: | 2:03CR20154-001 |

Judgment - Page 3 of 3

FILED
JUN 21 2010
Clerk
By: ____

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 1 year and 1 day.

[ ] The Court makes the following recommendations to the Bureau of Prisons:

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] at ___ on ___.

    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before _ on ___.

    [ ] as notified by the United States Marshal.

    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 5-20-2010 to USP Marion
at Marion, Illinois, with a certified copy of this judgment.

Warden Lisa J.W. Hollingsworth
UNITED STATES MARSHAL

By ____
Deputy U.S. Marshal